# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHERYL CARCIERI,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C22-5776 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 19, 2023, to file a response to Plaintiff's Opening Brief; and
- Plaintiff shall have up to and including October 3, 2023, to file the optional Reply Brief.

DATED this 22nd day of August, 2023.

                                        Ricardo S. Martinez
                                        United States District Judge